# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIANA CALZADA MORENO,<br><br>Petitioner,<br><br>v.<br><br>EVAN TJADEN, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO), *et al.*,<br><br>Respondents. | **ORDER**<br><br>Case No. 2:26-cv-336-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

No later than April 30, 2026, the United States shall respond to Docket Number 1, Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. In addition to any other arguments it wishes to make, the United States shall address the following issues:

1) Whether Ms. Calzada's parole under 8 U.S.C. § 1182(d)(5)(A) has been revoked, either in accordance with 8 C.F.R. § 212.5(e) or otherwise;

2) Whether the statutory mandate in section 1182(d)(5)(A) that, upon revocation of parole, "the alien shall forthwith return or be returned to the custody from which he was paroled and thereafter his case shall continue to be dealt with in the same manner as that of any other applicant for admission to the United States," prohibits by negative implication the United States from detaining Ms. Calzada under 8 U.S.C. § 1225(b)(2) if her parole has not been revoked; and

3) Whether a decision to revoke parole under Section 1182(d)(5)(A) "when the purposes of such parole shall, in the opinion of the Secretary of Homeland Security, have been served" is subject to judicial review in a habeas action under 28 U.S.C. § 2241.

Ms. Calzada may reply to the United States' response no later than May 5, 2026.

1

Docket Number 3, Emergency Motion to Stay Transfer during Pendency of Petition, is

**DENIED WITHOUT PREJUDICE**. Ms. Calzada's presence in Utah is not required for the

court to retain jurisdiction in this action. *See Santillanes v. United States Parole Comm'n*, 754

F.2d 887, 888 (10th Cir. 1985). Further, Ms. Calzada has not demonstrated to the court's

satisfaction that she is entitled to a stay under *Nken v. Holder*, 556 U.S. 418, 434 (2009).

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2026.

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge

2